■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. HARRY EISENSTEIN, Admitted on September 22, 1987, at a Term of the Appellate Division, First Department. [781 NYS2d 735]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 240 AD2d 106 (1998).]

■ In the Matter of JOSEPH BURDEN, a Suspended Attorney. [781 NYS2d 735]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Saxe, J.P., Sullivan, Williams, Lerner and Friedman, JJ.